Case 1:12-cr-10206-RWZ   Document 1-1   Filed 07/02/12   Page 1 of 2

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:**
- City: Boston
- County: Middlesex

**Category No.:** III
**Investigating Agency:** FDA, HHS, FBI, VA

**Related Case Information:**
- Superseding Ind./Inf. Case No.:
- Same Defendant: ___ New Defendant: ___
- Magistrate Judge Case Number:
- Search Warrant Case Number:
- R 20/R 40 from District of:

FILED IN CLERK'S OFFICE
2012 JUL -2  A 9:01
U.S. DISTRICT COURT

handwritten: 12 cr 10206

## Defendant Information:
- Defendant Name: GlaxoSmithKline LLC
- Juvenile: ☐ Yes ☐ No
- Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☐ No
- Alias Name:
- Address (City & State): Research Triangle Park, North Carolina
- Birth date (Yr only): ___  SSN (last4#): ___  Sex: ___  Race: ___  Nationality: ___

**Defense Counsel if known:** Geoffrey Hobart
**Address:** Covington & Burling LLP, 1201 Pennsylvania Ave, NW, Washington, DC 20004-2401
**Bar Number:**

## U.S. Attorney Information:
- AUSA: Susan Winkler/Sara Bloom
- Bar Number if applicable: 530682/552351

**Interpreter:** ☐ Yes ☑ No  List language and/or dialect:

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC §3771(d)(2) ☑ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

## Location Status:

**Arrest Date:**

☐ Already in Federal Custody as of ___ in ___
☐ Already in State Custody at ___    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: ___   on ___

**Charging Document:** ☐ Complaint    ☑ Information    ☐ Indictment
**Total # of Counts:** ☐ Petty    ☑ Misdemeanor  3    ☐ Felony

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: July 2, 2012        Signature of AUSA: *Susan Winkler* (signed)

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   GlaxoSmithKline LLC

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. 331(a), 333(a)(1), 352(a) | Distribution of a Misbranded Drug: False and Misleading Labeling | 1 |
| Set 2 | 21 U.S.C. 331(a), 333(a)(1), 352(f)(1) | Distribution of a Misbranded Drug: Inadequate Directions for Use | 2 |
| Set 3 | 21 U.S.C. 331(e), 333(a)(1), 355(k)(1) | Failure to Report Data Relating to Clinical Experience to the FDA | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

cr js-45-MA2011.wpd - 3/25/2011